## Ostroski Liquor License Case.

Argued September 17, 1964. *William A. Robbins,* for protestant, appellant, submitted a brief; *Alexander H. Borden,* for applicant, appellee; *Thomas J. Shannon,* Assistant Attorney General, *I. Harry Checchio,* Special Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.

WRIGHT, J., dissents.

## Upham *v.* Upham, Appellant.

Argued September 18, 1964. *Gerald E. Ruth,* for appellant; *Frank B. Boyle,* for appellee.

Order affirmed.